IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MIRANDA WADE, )
)
    Plaintiff, )
)
v. ) CV 123-182
)
SEAN PETRO; ANTHONY W. WRIGHT; )
STEVEN CUMMINGS; )
STEVEN W. FLYNT; and COLUMBIA )
COUNTY BOARD OF EDUCATION, )
)
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.) For procedural and substantive reasons, the Magistrate Judge recommended dismissing the case for failure to state a claim upon which relief can be granted. (See doc. no. 9.) Plaintiff's request to alter her list of Defendants neither cures the procedural problems identified by the Magistrate Judge, nor changes the substantive analysis that she has not pleaded the necessary elements of her various employment discrimination claims. Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 29th day of February, 2024, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA